# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-1488
LT Case No. 2021-CF-000358

———————————————————

DONALD RAY WILLETT, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Valarie Linnen, Attorney at Law, Jacksonville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kurt T. Koehler, Assistant Attorney General, Daytona Beach, for Appellee.

March 3, 2026

PER CURIAM.

    AFFIRMED.

HARRIS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____